Lawrence J. Warfield
P.O. Box 14647
Scottsdale, AZ 85267

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | § | Case No. 0:09-BK-27683-BMW |
| | § | |
| TRACI J RYDLEK | § | |
| | § | |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/29/2009. The undersigned trustee was appointed on 10/29/2009.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of $1,174.93

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $12.28 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $132.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |

    Leaving a balance on hand of[1] $1,030.65

    The remaining funds are available for distribution.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/17/2010 and the deadline for filing government claims was 06/17/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $260.73. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $260.73, for a total compensation of $260.73[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $168.81, for total expenses of $168.81.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/12/2013                By:  /s/ Lawrence J. Warfield
                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

| Case No.: | 09-27683-YUM BMW | Trustee Name: | Lawrence J. Warfield |
| --- | --- | --- | --- |
| Case Name: | RYDLEK, TRACI J | Date Filed (f) or Converted (c): | 10/29/2009 (f) |
| For the Period Ending: | 3/12/2013 | §341(a) Meeting Date: | 12/16/2009 |
| | | Claims Bar Date: | 06/17/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  BANK ACCOUNTS - SUNBANK ACCT #5167 | $0.00 | $0.00 | | $0.00 | FA |
| 2  SECURITY DEPOSITS - WESTRIDGE MANAGEMENT | $515.00 | $0.00 | | $0.00 | FA |
| 3  HOUSEHOLD GOODS AND FURNISHINGS | $60.00 | $0.00 | | $0.00 | FA |
| 4  2005 HONDA CIVIC | $10,940.00 | $0.00 | | $0.00 | FA |
| 5  2009 FEDERAL TAX REFUND (u) | $1,136.00 | $939.92 | | $1,065.71 | FA |
| 6  2009 STATE TAX REFUND (u) | $36.00 | $29.79 | | $36.00 | FA |
| 7  NON EXEMPT WAGES (u) | $0.00 | $70.29 | | $70.29 | FA |
| INT  Interest Earned | Unknown | Unknown | | $2.93 | FA |

**TOTALS (Excluding unknown value)**  
$12,687.00    $1,040.00    $1,174.93    **Gross Value of Remaining Assets** $0.00

| Initial Projected Date Of Final Report (TFR): | 05/25/2011 | Current Projected Date Of Final Report (TFR): | 02/28/2013 | /s/ LAWRENCE J. WARFIELD |
| --- | --- | --- | --- | --- |
| | | | | LAWRENCE J. WARFIELD |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-27683-YUM BMW | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|
| Case Name: | RYDLEK, TRACI J | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******2354 | Money Market Acct #: | ******6673 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Money Market Account |
| For Period Beginning: | 10/29/2009 | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/12/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/10/2010 | (6) | STATE OF ARIZONA | 2009 STATE TAX REFUND | 1224-000 | $36.00 | | $36.00 |
| 03/22/2010 | | TREASURY, UNITED STATES | 2009 FEDERAL TAX REFUND | * | $1,136.00 | | $1,172.00 |
| | {7} | | $70.29 | 1224-000 | | | $1,172.00 |
| | {5} | | $1,065.71 | 1224-000 | | | $1,172.00 |
| 03/31/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.03 | | $1,172.03 |
| 04/30/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,172.15 |
| 04/30/2010 | | M&I Bank | Maintenance fee refund posted on 5/ | 2990-000 | | $10.00 | $1,162.15 |
| 04/30/2010 | | RYDLEK-BCY WARFIELD-TRT | TOTAL SERVICE CHARGE | 2990-000 | | $10.00 | $1,152.15 |
| 05/20/2010 | | M&I Bank | Maintenance fee refund posted on 5/ | 2990-000 | | ($10.00) | $1,162.15 |
| 05/20/2010 | | RYDLEK-BCY WARFIELD-TRT | MAINT FEE REFUND | 2990-000 | | ($10.00) | $1,172.15 |
| 05/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.12 | | $1,172.27 |
| 06/30/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,172.39 |
| 07/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.12 | | $1,172.51 |
| 08/31/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,172.63 |
| 09/30/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,172.75 |
| 10/31/2010 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.12 | | $1,172.87 |
| 11/30/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,172.99 |
| 12/31/2010 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,173.11 |
| 01/31/2011 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,173.23 |
| 02/28/2011 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.11 | | $1,173.34 |
| 03/31/2011 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,173.46 |
| 04/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.12 | | $1,173.58 |
| 05/31/2011 | (INT) | M&I Bank | Interest Rate  0.120 | 1270-000 | $0.12 | | $1,173.70 |
| 06/30/2011 | (INT) | M&I Bank | Interest Rate  0.100 | 1270-000 | $0.10 | | $1,173.80 |
| 07/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,173.90 |
| 08/31/2011 | (INT) | M&I Bank | Interest Rate  0.100 | 1270-000 | $0.10 | | $1,174.00 |
| 09/30/2011 | (INT) | M&I Bank | Interest Rate  0.100 | 1270-000 | $0.10 | | $1,174.10 |
| 10/31/2011 | (INT) | M&I Bank | Interest Rate  0.100 | 1270-000 | $0.10 | | $1,174.20 |
| | | | | SUBTOTALS | $1,174.20 | $0.00 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-27683-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | RYDLEK, TRACI J | | Bank Name: | M&I Bank |
| Primary Taxpayer ID #: | ******2354 | | Money Market Acct #: | ******6673 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Money Market Account |
| For Period Beginning: | 10/29/2009 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/12/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/30/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,174.30 |
| 12/31/2011 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,174.40 |
| 01/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,174.50 |
| 02/29/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,174.60 |
| 03/31/2012 | (INT) | M&I Bank | INTEREST REC'D FROM BANK | 1270-000 | $0.10 | | $1,174.70 |
| 04/30/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,174.80 |
| 05/31/2012 | (INT) | M&I Bank | Interest Rate 0.100 | 1270-000 | $0.10 | | $1,174.90 |
| 06/12/2012 | (INT) | M&I Bank | Interest Earned For June 2012 | 1270-000 | $0.03 | | $1,174.93 |
| 06/12/2012 | | Bank of Texas | Transfer Funds | 9999-000 | | $1,174.93 | $0.00 |
| | | | TOTALS: | | $1,174.93 | $1,174.93 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $1,174.93 | |
| | | | Subtotal | | $1,174.93 | $0.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $1,174.93 | $0.00 | |

**For the period of 10/29/2009 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,174.93 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $1,174.93 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $1,174.93 |

**For the entire history of the account between 03/10/2010 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,174.93 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $1,174.93 |
| Total Internal/Transfer Receipts | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursement | $0.00 |
| Total Comp/Non Comp Disbursements | $0.00 |
| Total Internal/Transfer Disbursements | $1,174.93 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 09-27683-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | RYDLEK, TRACI J | | Bank Name: | Bank of Texas |
| Primary Taxpayer ID #: | ******2354 | | Checking Acct #: | ******5294 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | DDA |
| For Period Beginning: | 10/29/2009 | | Blanket bond (per case limit): | $82,080,307.00 |
| For Period Ending: | 3/12/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/12/2012 | | M&I Bank | Transfer Funds | 9999-000 | $1,174.93 | | $1,174.93 |
| 07/16/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.16 | $1,173.77 |
| 08/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.89 | $1,171.88 |
| 09/17/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.89 | $1,169.99 |
| 10/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.82 | $1,168.17 |
| 11/15/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.88 | $1,166.29 |
| 12/14/2012 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.82 | $1,164.47 |
| 12/18/2012 | 5001 | TRACI J RYDLEK | Return of Debtors Pro Rata | 8500-002 | | $132.00 | $1,032.47 |
| 01/16/2013 | | Bank of Texas | Account Analysis Fee | 2600-000 | | $1.82 | $1,030.65 |
| | | | TOTALS: | | $1,174.93 | $144.28 | $1,030.65 |
| | | | Less: Bank transfers/CDs | | $1,174.93 | $0.00 | |
| | | | Subtotal | | $0.00 | $144.28 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $0.00 | $144.28 | |

| For the period of 10/29/2009 to 3/12/2013 | | For the entire history of the account between 06/12/2012 to 3/12/2013 | |
|---|---|---|---|
| Total Compensable Receipts: | $0.00 | Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipt | $0.00 | Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $0.00 | Total Comp/Non Comp Receipts | $0.00 |
| Total Internal/Transfer Receipts | $1,174.93 | Total Internal/Transfer Receipts | $1,174.93 |
| | | | |
| Total Compensable Disbursements: | $12.28 | Total Compensable Disbursements: | $12.28 |
| Total Non-Compensable Disbursement | $132.00 | Total Non-Compensable Disbursement | $132.00 |
| Total Comp/Non Comp Disbursements | $144.28 | Total Comp/Non Comp Disbursements | $144.28 |
| Total Internal/Transfer Disbursements | $0.00 | Total Internal/Transfer Disbursements | $0.00 |

Case 0:09-bk-27683-BMW    Doc 50    Filed 04/25/13    Entered 04/25/13 14:51:16    Desc
Main Document    Page 6 of 13

# FORM 2

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| **Case No.** | 09-27683-YUM BMW | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** | RYDLEK, TRACI J | **Bank Name:** Bank of Texas |
| **Primary Taxpayer ID #:** | ******2354 | **Checking Acct #:** ******5294 |
| **Co-Debtor Taxpayer ID #:** | | **Account Title:** DDA |
| **For Period Beginning:** | 10/29/2009 | **Blanket bond (per case limit):** $82,080,307.00 |
| **For Period Ending:** | 3/12/2013 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $1,174.93 | $144.28 | $1,030.65 |

**For the period of 10/29/2009 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,174.93 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $1,174.93 |
| Total Internal/Transfer Receipts | $1,174.93 |
| | |
| Total Compensable Disbursements: | $12.28 |
| Total Non-Compensable Disbursement | $132.00 |
| Total Comp/Non Comp Disbursements | $144.28 |
| Total Internal/Transfer Disbursements | $1,174.93 |

**For the entire history of the case between 10/29/2009 to 3/12/2013**

| | |
|---|---|
| Total Compensable Receipts: | $1,174.93 |
| Total Non-Compensable Receipt | $0.00 |
| Total Comp/Non Comp Receipts | $1,174.93 |
| Total Internal/Transfer Receipts | $1,174.93 |
| | |
| Total Compensable Disbursements: | $12.28 |
| Total Non-Compensable Disbursement | $132.00 |
| Total Comp/Non Comp Disbursements | $144.28 |
| Total Internal/Transfer Disbursements | $1,174.93 |

| Case No. | 09-27683-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | RYDLEK, TRACI J | | Date: | 3/12/2013 |
| Claims Bar Date: | 06/17/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LAWRENCE J. WARFIELD P.O. Box 14647 Scottsdale AZ 85267 | 11/30/2012 | Trustee Expenses | Allowed | 2200-000 | $0.00 | $168.81 | $168.81 | $0.00 | $0.00 | $0.00 | $168.81 |
| | LAWRENCE J. WARFIELD P.O. Box 14647 Scottsdale AZ 85267 | 02/14/2013 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $260.73 | $260.73 | $0.00 | $0.00 | $0.00 | $260.73 |
| 1 | ASSET ACCEPTANCE LLC P.O. Box 2036 Warren MI 480902036 | 03/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $184.13 | $184.13 | $0.00 | $0.00 | $0.00 | $184.13 |

**Claim Notes:** (1-1) 39232366

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR Target PO Box 248866 Oklahoma City OK 731248866 | 03/19/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,371.91 | $7,371.91 | $0.00 | $0.00 | $0.00 | $7,371.91 |
| 3 | MIDLAND FUNDING LLC For Capital Recovery III LLC As Assignee of Citibank - SEARS GOLD MAS 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | 04/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,571.15 | $1,571.15 | $0.00 | $0.00 | $0.00 | $1,571.15 |
| 4 | MIDLAND FUNDING LLC For Capital Recovery III LLC As Assignee of HSBC Bank Nevada National 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | 04/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $250.27 | $250.27 | $0.00 | $0.00 | $0.00 | $250.27 |

| Case No. | 09-27683-YUM BMW | | Trustee Name: | Lawrence J. Warfield |
|---|---|---|---|---|
| Case Name: | RYDLEK, TRACI J | | Date: | 3/12/2013 |
| Claims Bar Date: | 06/17/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5 | MIDLAND FUNDING LLC  For GE Money Bank  dba WAL-MART DISCOVER CARD  25 SE 2nd Ave Ste 1120  Miami FL 33131 | 05/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,569.21 | $4,569.21 | $0.00 | $0.00 | $0.00 | $4,569.21 |
| 6 | MIDLAND FUNDING LLC  For GE Money Bank  dba DILLARD'S  25 SE 2nd Ave Ste 1120  Miami FL 33131 | 05/02/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $401.68 | $401.68 | $0.00 | $0.00 | $0.00 | $401.68 |
| 7 | VERIZON WIRELESS  PO BOX 3397  Bloomington IL 61702 | 06/04/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $492.08 | $492.08 | $0.00 | $0.00 | $0.00 | $492.08 |

**Claim Notes:** (7-1) 7262

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | CAPITAL ONE, N.A.  Bass & Associates, P.C.  3936 E. Ft. Lowell Road, Suite #200  Tucson AZ 85712 | 07/02/2010 | Tardy General Unsecured 726(a)(3) | Allowed | 7200-000 | $0.00 | $2,417.37 | $2,417.37 | $0.00 | $0.00 | $0.00 | $2,417.37 |
| 9 | CLERK OF THE COURT  District of Arizona  230 North First Avenue, Suite 101  Phoenix AZ 850031706 | 02/14/2013 | Clerk of the Court Costs (includes adversary and other filing fees) | Allowed | 2700-000 | $249.00 | $249.00 | $249.00 | $0.00 | $0.00 | $0.00 | $249.00 |

**Claim Notes:** FIling Fee amended to subtract money debtor paid to court.

| | | | | | | $17,936.34 | $17,936.34 | $0.00 | $0.00 | $0.00 | $17,936.34 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Case No.** | 09-27683-YUM BMW | **Trustee Name:** Lawrence J. Warfield |
| **Case Name:** | RYDLEK, TRACI J | **Date:** 3/12/2013 |
| **Claims Bar Date:** | 06/17/2010 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---:|---:|---:|---:|---:|---:|
| Clerk of the Court Costs (includes adversary and other filing fees) | $249.00 | $249.00 | $0.00 | $0.00 | $0.00 | $249.00 |
| General Unsecured 726(a)(2) | $14,840.43 | $14,840.43 | $0.00 | $0.00 | $0.00 | $14,840.43 |
| Tardy General Unsecured 726(a)(3) | $2,417.37 | $2,417.37 | $0.00 | $0.00 | $0.00 | $2,417.37 |
| Trustee Compensation | $260.73 | $260.73 | $0.00 | $0.00 | $0.00 | $260.73 |
| Trustee Expenses | $168.81 | $168.81 | $0.00 | $0.00 | $0.00 | $168.81 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 0:09-BK-27683-BMW
Case Name: TRACI J RYDLEK
Trustee Name: Lawrence J. Warfield

| | |
|---|---:|
| Balance on hand: | $1,030.65 |

Claims of secured creditors will be paid as follows: NONE

| | |
|---|---:|
| Total to be paid to secured creditors: | $0.00 |
| Remaining balance: | $1,030.65 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Lawrence J. Warfield, Trustee Fees | $260.73 | $0.00 | $260.73 |
| Lawrence J. Warfield, Trustee Expenses | $168.81 | $0.00 | $168.81 |
| CLERK OF THE COURT, Clerk of the Court Costs | $249.00 | $0.00 | $249.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses: | $678.54 |
| Remaining balance: | $352.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

| | |
|---|---:|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $352.11 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | |
|---|---:|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $352.11 |

**UST Form 101-7-TFR (5/1/2011)**

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $14,840.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Asset Acceptance LLC | $184.13 | $0.00 | $4.36 |
| 2 | American Infosource Lp As Agent for | $7,371.91 | $0.00 | $174.91 |
| 3 | Midland Funding LLC | $1,571.15 | $0.00 | $37.28 |
| 4 | Midland Funding LLC | $250.27 | $0.00 | $5.94 |
| 5 | Midland Funding LLC | $4,569.21 | $0.00 | $108.41 |
| 6 | Midland Funding LLC | $401.68 | $0.00 | $9.53 |
| 7 | Verizon Wireless | $492.08 | $0.00 | $11.68 |

Total to be paid to timely general unsecured claims: $352.11
Remaining balance: $0.00

Tardily filed claims of general (unsecured) creditors totaling $2,417.37 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 8 | Capital One, N.A. | $2,417.37 | $0.00 | $0.00 |

Total to be paid to tardily filed general unsecured claims: $0.00
Remaining balance: $0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims: $0.00
Remaining balance: $0.00